**Order entered April 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00042-CV

**FIRST OVILLA, Appellant**

**V.**

**JOHN PRIMM,  ET AL., Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-01696-A**

## ORDER

Before the Court is appellant's March 25, 2019 motion for extension of time to file its brief and motion to abate proceedings pending the resolution of a related appeal.  We **GRANT** the motion **to the extent** that appellant shall file its brief on the merits by **May 30, 2019**.

/s/     BILL WHITEHILL
         JUSTICE